UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CIVIL MINUTES -- GENERAL</u>

| | | |
|---|---|---|
| Case No. | CV 14-03007 DDP (Ex) | Dated: November 10, 2015 |

Title:   CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company *-v-* TONY SERVERA CO., INC., a California corporation; ANTHONY MICHAEL SERVERA, an individual

==========================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

<u>John A. Chambers</u>                                         <u>None Present</u>
Courtroom Deputy                                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

   None                                                            None

PROCEEDINGS:       MINUTE ORDER (IN CHAMBERS)

   **COUNSEL ARE NOTIFIED**, on the Court's own motion, the MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS TONY SERVERA CO., INC., AND ANTHONY MICHAEL SERVERA FILED BY PLAINTIFF CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY (DOCKET NUMBER 28) is hereby continued from November 16, 2015 to November 23, 2015 at 10:00 a.m.