1.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>              Plaintiff,<br><br>    vs.<br><br>TONY SERVERA CO., INC., a California corporation; ANTHONY MICHAEL SERVERA, an individual; and DOES 1 through 5, inclusive,<br><br>              Defendants. | CASE NO.:  2:14-cv-03007 DDP-E<br><br>**RENEWAL OF JUDGMENT BY CLERK**<br><br>[NO HEARING SCHEDULED] |

      On November 24, 2015 [docket number 47] judgment was entered in this action ("Judgment") in favor of Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC., the administrator, agent for collection and a fiduciary to the various employee benefit plans including the Laborers Health and Welfare Trust Fund for Southern California; Construction Laborers Pension Trust for Southern California; Construction Laborers Vacation Trust for Southern California; Laborers Training and Re-Training Trust Fund for Southern California; Fund for Construction Industry Advancement; Center for

Contract Compliance; Laborers Contract Administration Trust Fund for Southern California; Laborers' Trusts Administrative Trust Fund for Southern California and Southern California Partnership for Jobs Trust Fund, (collectively "JUDGMENT CREDITOR") and against Defendant, TONY SERVERA CO., INC., a California corporation (hereinafter referred to as "DEBTOR"), against DEBTOR on November 24, 2015 [docket number 47] in the sum of $88,595.74 ("Judgment").

The Judgment has not previously been renewed and an Abstract of Judgment was recorded and Judgment lien filed as follows:

1. [Abstract Of Judgment] An Abstract of Judgment was recorded as follows:

| Date | County | Instrument No. |
|---|---|---|
| December 14, 2015 | Los Angeles | 20151570275 |

2. [Judgment Lien] A Judgment Lien was filed with the California Secretary of State as follows:

| Date | Instrument No. |
|---|---|
| December 11, 2015 | 15-7500496704 |

**NOW, upon application of the JUDGMENT CREDITOR:**

The money Judgment against DEBTOR is renewed in the amount of $75,153.63 as follows:

a. Total Judgment………………………………………… $ 88,595.74
b. Costs after Judgment……………………………….$       0.00
c. Less Credits after Judgment……………….……… $ (16,116.00)
d. Interest after Judgment computed from November 24, 2015 to January 26, 2023 at 0.49% (accruing at $1.01 per day) ………….……..... $   2,673.89
TOTAL RENEWED JUDGMENT………..….... $  75,153.63

DATED:  2/17/2023         _____
                          Sharon Hall Brown
                          CLERK OF THE COURT